# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                             Plaintiff,<br><br>vs.<br><br>GROSSMONT COLONY LIMITED, a California limited partnership, et al.<br><br>                            Defendants. | CASE NO. 18cv2218-LAB (WVG)<br><br>**ORDER GRANTING JOINT DISMISSAL [Dkt. 10]** |

Plaintiff Scott Schutza and Defendants Grossmont Colony Ltd. and The Brigantine, Inc. jointly move to dismiss this entire action with prejudice. Dkt. 10. That motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 24, 2019

_Larry A. Burns_
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -